1018

No. 80–5464. Mains v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–5465. Nickens v. White et al. C. A. 8th Cir. Certiorari denied.

No. 80–5473. Guynn v. Jefferson et al. C. A. 4th Cir. Certiorari denied.

No. 80–5476. Gornick v. Illinois et al. C. A. 7th Cir. Certiorari denied.

No. 80–5479. Hunter v. Ellis, Judge. Sup. Ct. Ore. Certiorari denied.

No. 80–5480. Alberti v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–5482. Stokeley et al. v. Smith, Correctional Superintendent, et al. C. A. 2d Cir. Certiorari denied.

No. 80–5487. Miller et al. v. Jago, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 80–5493. LeVasseur v. Hawaii. Int. Ct. App. Haw. Certiorari denied.

No. 80–5496. Olivencia v. Campbell et al. C. A. 3d Cir. Certiorari denied.

No. 80–5497. Thomas v. Cuyler et al. C. A. 3d Cir. Certiorari denied.

No. 80–5501. Chestnut v. New York. Ct. App. N. Y. Certiorari denied.